Tracy L. Mainguy, Bar No. 176928
Operating Engineers Local Union No. 3 Trust Funds - Multi-Services
1620 South Loop Road
Alameda, CA 94502
(510) 748-7474

Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### (SAN FRANCISCO DIVISION)

| | |
|---|---|
| GIL CROSTHWAITE et al., | Case No.: C 06-07779 JSW |
| Plaintiffs, | **STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND ALLOW FILING OF FIRST AMENDED COMPLAINT; [PROPOSED] ORDER THEREON** |
| vs. | |
| GOLEN HILLS CONTRACTORS, INC. et al. | |
| Defendants. | |

Plaintiffs and Defendants hereby stipulate and agree to continue the case management conference currently calendared for April 27, 2007 at 1:30 p.m. until June 22, 2007 at 1:30 p.m., or the first available date thereafter on which the Court is available to conduct the case management conference.

The reason for the continuance is as follows. After the original complaint in this matter was filed, the Plaintiffs received information from Defendant Golden Hills Contractors, Inc. regarding four public works projects on which its employees performed work that is covered by its collective bargaining agreement with Operating Engineers Local Union Number 3 and based up which trust fund contributions are owed, but were not paid by Golden Hills Contractors, Inc. In light of such information, the Plaintiffs contacted the general contractor who posted the

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND FILE AMENDED
COMPLAINT; [PROPOSED] ORDER THEREON;
Case No. C 06-07779 JSW

payment bonds for the public works projects and attempted to collect the sums owed for work performed on those jobs.  The Operating Engineers Trust Funds collected the contributions owed on one of the jobs without filing a payment bond claim, but did not collect contributions for the other three jobs.  Claims were therefore filed by the Operating Engineers Trust Funds against the respective surety who wrote the bonds for the other three jobs.

In light of the three outstanding payment bond claims, which if collected would provide payment of a significant portion of the damages sought in complaint, the Operating Engineers Trust Funds intend to amend the complaint to state three causes of action for enforcement of the payment bond claims against Travelers Casualty And Surety Company of America, the surety who underwrote the payment bonds.

The Operating Engineers Trust Funds also intend to amend the complaint to include the moneys payable for hours worked in Nevada employees of Golden Hills Contractors, Inc. which were not known at the time the original complaint was filed.  This was because Golden Hills Contractors, Inc. remitted its contribution reports for the months of July, August, September and October of 2006, late and without payment in January of 2007.  The damages will also be amended to reflect the payment received in the amount of $27,367.21 received from a general contractor for whom the work on one of four public works contracts was performed by Golden Hills Contractors, Inc.

The claim against SURETY COMPANY OF THE PACIFIC to enforce the Operating Engineers Trust Funds' claim in the amount of $4,000.00 against Golden Hills Contractors, Inc.'s contractors license bond will not be modified in the amended complaint.  The answer filed by SURETY COMPANY OF THE PACIFIC to the original complaint will therefore be deemed

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND FILE AMENDED COMPLAINT; [PROPOSED] ORDER THEREON;
Case No. C 06-07779 JSW

- 2 -

1 | the answer to the First Amended Complaint as of the date the First Amended Complaint is filed

2 | by the Court.

3 |     SURETY COMPANY OF THE PACIFIC, who is the only named Defendant who filed

4 | an answer to the original complaint, stipulates to allow the Operating Engineers Trust Funds to

5 | file the amended complaint, a copy of which is attached hereto as Exhibit A.

6 |     Continuing the matter promotes judicial efficiency and preserves the resources of the

7 | parties, in light of the filing of the amended complaint, since Travelers Casualty and Surety

8 | Company of America, the additional Defendant that Plaintiffs intend to name in the amended

9 | complaint would not be present if the case management conference were held on April 27, 2007.

10 |

11 |     RESPECTFULLY SUBMITTED.

12 | Dated this 17th day of April of 2007

13 |                 OPERATING ENGINEERS LOCAL UNION NO. 3
                TRUST FUNDS – MULTI-SERVICES

14 |

15 |                 By: _____
                TRACY L MAINGUY &
                ATTORNEY FOR PLAINTIFFS

16 |

17 | Dated this 4/17/07 day of October of 2006

18 |

19 |                 LAW OFFICES OF GEISSLER AND NIMOY
                By

20 |                 STEVEN S. NIMOY

21 |

22 |

23 |

24 | ///////

25 |

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND FILE AMENDED
COMPLAINT; [PROPOSED] ORDER THEREON;
Case No. C 06-07779 JSW

- 3 -

# ORDER

Based upon the above-stated stipulation, and good cause appearing, the case management conference scheduled for April 27, 2007 at 1:30 p.m., is continued until June 22, 2007 at 1:30 p.m.. The parties are to file their joint case management conference statement no later than May 18, 2007. Additionally, Plaintiffs may file their First Amended Complaint, a copy of which is attached hereto as Exhibit A. The answer filed by SURETY COMPANY OF THE PACIFIC to the original complaint will therefore be deemed the answer to the First Amended Complaint as of the date the First Amended Complaint is filed by the Court.

Dated:    April 19, 2007

_____
HONORABLE JEFFERY S. WHITE
HON. UNITED STATES DISTRICT COURT JUDGE

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND FILE AMENDED
COMPLAINT; [PROPOSED] ORDER THEREON;
Case No. C 06-07779 JSW

- 4 -