Tracy L. Mainguy, Bar No. 176928
Operating Engineers Local Union No. 3 Trust Funds- Multi-Services
1620 South Loop Road
Alameda, CA 94502
(510) 748-7474

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO HEADQUARTERS)

| | |
|---|---|
| GIL CROSTHWAITE and RUSS BURNS, in their respective capacities as Trustees of the OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; PENSION TRUST FUND FOR OPERATING ENGINEERS; PENSIONED OPERATING ENGINEERS HEALTH AND WELFARE FUND; OPERATING ENGINEERS ANNUITY TRUST FUND; OPERATING ENGINEERS AND PARTICIPATING EMPLOYERS PRE-APPRENTICESHIP; APPRENTICE AND JOURNEYMAN AFFIRMATIVE ACTION TRAINING FUND; OPERATING ENGINEERS VACATION AND HOLIDAY PLAN; CONTRACT ADMINISTRATION FUND; OPERATING ENGINEERS MARKET PRESERVATION FUND; OPERATING ENGINEERS INDUSTRY STABILIZATION TRUST FUND; BUSINESS DEVELOPMENT TRUST FUND; and HEAVY AND HIGHWAY COMMITTEE,<br><br>            Plaintiffs,<br>    vs.<br><br>GOLDEN HILLS CONTRACTORS, INC., a Nevada corporation; DONALD EDWARD WILSON, individually; and SURETY COMPANY OF THE PACIFIC, a California Corporation,<br>            Defendants. | Case No.: C 06-7779 JSW<br><br>**SUBSTITUTION OF ATTORNEY** |

SUBSTITUTION OF ATTORNEY;
USDC Case No. C 06-7779 JSW

- 1 -

Muriel B. Kaplan, Bar No. 124607
Satltzman & Johnson
120 Howard St. Suite 520
San Francisco, CA 94105
(415) 882-7900 Fax (415) 882-9287

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Gil Croshtwaite, et al.

v.

Golden Hills Contractors, Inc. et al.

Plaintiff(s)

Defendant(s)

CASE NUMBER: C06-07779 JSW

**SUBSTITUTION OF ATTORNEY**

Gil Crosthwaite
*Name of Party*

[X] Plaintiff [ ] Defendant [ ] Other _____

hereby substitutes Muriel B. Kaplan, SBN 124607 _____ who is

[X] Retained Counsel [ ] Court Appointed Counsel [ ] Pro Per 120 Howard St. Suite 520
*Street Address*

San Francisco, CA 94105        (415) 882-7900      (415) 882-9287      124607
*City, State, Zip Code*         *Telephone Number*  *Facsimile Number*  *State Bar Number*

as attorney of record in the place and stead of Tracy L. Mainguy
*Present Attorney*

Dated: 5-29-07

*Signature of Party*
Wayne McBride

I have given proper notice pursuant to Local Rule 83-2.9.2 and further consent to the above substitution.

Dated: 5/25/07

*Signature of Present Attorney*
Tracy L. Mainguy

I am duly admitted to practice in this District pursuant to Local Rule 83-2.8

Dated: 6/4/07

*Signature of New Attorney*
Muriel B. Kaplan

Substitution of Attorney is hereby [X] Approved. [ ] Denied.

Dated: June 11, 2007

*United States District Judge / Magistrate Judge*

**NOTICE TO COUNSEL:** If you are currently enrolled in the Optical Scanning Program and have changed your facsimile number or e-mail address since your enrollment, you must complete an Enrollment/Update Form G-76 to ensure that documents are served at the proper facsimile number or e-mail address. This form, as well as information about the Optical Scanning Program, is available on the Court's website at www.cacd.uscourts.gov.

SUBSTITUTION OF ATTORNEY

G-01 (08/02)                                                                                    G01