Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
120 Howard Street, Suite 520
San Francisco, CA 94105
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIL CROSTHWAITE, RUSS BURNS, in their respective capacities as Trustees of the OPERATING ENGNEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; PENSION TRUST FUND FOR OPERATING ENGINEERS; PENSIONED OPERATING ENGINEERS HEALTH AND WELFARE FUND; OPERATING ENGINEERS AND PARTICIPATING EMPLOYERS PRE-APPRENTICESHIP, APPRENTICE AND JOURNEYMEN AFFIRMATIVE ACTION TRAINING FUND; OPERATING ENGINEERS VACATION AND HOLIDAY PLAN; OPERATING ENGINEERS CONTRACT ADMINISTRATION TRUST FUND; OPERATING ENGINEERS MARKET PRESERVATION TRUST FUND; OPERATING ENGINEERS INDUSTRY STABILIZATION TRUST FUND; BUSINESS DEVELOPMENT TRUST FUND; AND HEAVY AND HIGHWAY COMMITTEE, <br><br> Plaintiffs, <br><br> v. <br><br> GOLDEN HILLS CONTRACTORS, INC., a Nevada Corporation; DONALD EDWARD WILSON, individually; and SURETY COMPANY OF THE PACIFIC, a California Corporation, <br><br> Defendant. | Case No.: C06-7779 JSW <br><br> **REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE** <br><br> DATE: June 22, 2007 <br> TIME: 1:30 p.m. <br> COURTROOM: 2, 17th Floor <br> JUDGE: The Honorable Jeffrey S. White |

-1-
REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE
Case No.: C06-7779 JSW

1  Newly named counsel to plaintiffs in this action recently filed a Substitution of Attorney, and has just received the file in this action. Plaintiffs hereby respectfully request that the Case Management Conference, currently scheduled for June 22, 2007, **be continued for approximately 60 days** to allow counsel to review the case, analyze the parties' positions and any possibility of resolution, and respond as necessary.

**It is furthermore requested that all previously set deadlines and dates related to this case be continued as well, specifically including the date for setting mediation under ADR L.R. 6-4.**

I declare under penalty of perjury that I am the attorney for the plaintiffs in the above entitled action, and that the foregoing is true of my own knowledge.

Executed this 7th day of May, 2007, at San Francisco, California.

SALTZMAN & JOHNSON LAW CORPORATION

By: _____
Muriel B. Kaplan
Attorneys for Plaintiffs

AGREED:

Date: June ___, 2007

GEISSLER & NIMOY

By: _____
Steven S. Nimoy
Attorneys for Defendants

IT IS SO ORDERED.

The currently set Case Management Conference is hereby continued to __September 7, 2007__ at __1:30 p.m.__.

Date: June 12, 2007

_____
United States District Court Judge

-2-
REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE
Case No.: C06-7779 JSW