Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
120 Howard Street, Suite 520
San Francisco, CA 94105
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIL CROSTHWAITE, et al., as Trustees of the OPERATING ENGNEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; et al.,<br><br>         Plaintiffs,<br>v.<br><br>GOLDEN HILLS CONTRACTORS, INC., and DONALD EDWARD WILSON, et al.<br><br>         Defendants. | Case No.: C06-7779 JSW<br><br>**STIPULATION and REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE AND ORDER THEREON**<br>Date:       December 21, 2007<br>Time:       1:30 p.m.<br>Location:  450 Golden Gate Avenue<br>               San Francisco, California<br>Courtroom: 2, 17th Floor<br>Judge:      The Honorable Jeffrey S. White |

The parties herein hereby stipulate and respectfully request a Continuance of the Case Management Conference currently on calendar for December 21, 2007, for the following reasons:

1.     Counsel for Plaintiffs substituted into this action on or about June 6, 2007, and thereafter reviewed the file of prior counsel to determine the content and status of the claims. Plaintiffs' counsel contacted defendants Golden Gate Contractors, Inc. and its principal, Donald Wilson, neither of whom had answered the complaint, to determine their position as to the claims made by Plaintiffs.

2. Defendants represented that they would like to resolve the matter, but in determining the amounts remaining in their claim, Plaintiffs found there was potentially an additional claimant Trust Fund not currently a plaintiff, with separate counsel. Once Plaintiffs determined that they will *not* seek leave to amend their complaint in this action to include an additional plaintiff, demand for payment was made on those Defendants, who refused payment, notwithstanding their prior representation.

3. The remaining amounts owed have recently been recalculated by Plaintiffs, following payment by and dismissal of former defendant Travelers Surety and Casualty Company of America, and the determination of no further amendment to the complaint.

4. Plaintiffs therefore contacted counsel for defendant Surety Company of the Pacific, to determine its resulting position of payment on the bond of the remaining claim. That Defendant reasonably requested an accounting of the balance of the claim, which Plaintiffs will provide.

5. If payment is promptly made on the bond, Plaintiffs will dismiss defendant Surety Company of the Pacific from this action, and file their Motion for Default Judgment for the amounts due in excess of the bond, against Golden Hills and its principal. In the unlikely event that the bond payment is *not* promptly made upon Plaintiffs' provision of the requested accounting, Plaintiffs will add to their motion a Motion for Summary Judgment against Surety Company of the Pacific.

4. Plaintiffs and Surety Company of the Pacific therefore stipulate and respectfully request that the Case Management Conference, currently scheduled for December 21 2007, be continued for approximately 60-90 days to allow provision and review of the accounting, and for Plaintiffs to resolve the remaining claim by motion.

5. It is furthermore requested that all previously set deadlines and dates related to this case remain vacated to allow this matter to proceed as outlined above.

SALTZMAN & JOHNSON LAW CORPORATION

Dated: December 14, 2007         By: _____/s/_____
                                    Muriel B. Kaplan
                                    Attorneys for Plaintiffs


LAW OFFICES OF GEISSLER & NIMOY

Dated: December ___, 2007        By:_____/s/_____
                                    Steven S. Nimoy
                                    Attorneys for Surety Company of the Pacific


IT IS SO ORDERED.

The currently set Case Management Conference is hereby continued to __March 28, 2008_____ at __1:30 p.m._____, and all previously set deadlines and dates related to this case are vacated, to be reset at that Conference.

Dated: _December 17, 2007_____         _____/s/ Jeffrey S. White_____
                                          THE HONORABLE JEFFREY S. WHITE