IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GIL CROSTHWAITE, et al.,

    Plaintiffs,

    v.

GOLDEN HILLS CONTRACTORS, et al.,

    Defendants.

No. C 06-07779 JSW

**ORDER REFERRING MOTION FOR DEFAULT JUDGMENT TO MAGISTRATE JUDGE**

Pursuant to Local Rule 72-1, Plaintiffs' motion for default judgment against Defendants in the above captioned matter is HEREBY REFERRED to a randomly assigned Magistrate Judge to prepare a report and recommendation.

**IT IS SO ORDERED.**

Dated: March 14, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc: Wings Hom