Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIL CROSTHWAITE, et al., as Trustees of the OPERATING ENGNEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; et al.,<br><br>Plaintiffs,<br>v.<br><br>GOLDEN HILLS CONTRACTORS, INC., and DONALD EDWARD WILSON,<br><br>Defendants. | Case No.: C06-7779 JSW<br><br>**REQUEST TO VACATE CASE MANAGEMENT CONFERENCE AND ORDER THEREON**<br><br>Date: June 13, 2008<br>Time: 1:30 p.m.<br>Courtroom: 2, 17th Floor<br>Judge: The Honorable Jeffrey S. White |

Plaintiffs herein respectfully request that the Case Management Conference currently on calendar for June 13, 2008, at 1:30 p.m., be vacated.

    1.    On March 13, 2008, plaintiffs filed a Motion for Default Judgment against defendants Golden Hills Contractors, Inc. and its principal, Donald Wilson.

    2.    On March 14, 2008, the case was referred to Magistrate Judge Maria-Elena James for Report and Recommendation on default judgment.

    3.    On April 23, 2008, plaintiffs filed a Notice of Voluntary Dismissal with the Court as to defendant Surety Company of the Pacific.

///

-1-
**REQUEST TO VACATE CASE MANAGEMENT CONFERENCE**
**Case No.: C06-7779 JSW**

P:\CLIENTS\OE3CL\Golden Hills\Pleadings\C06-7779 JSW Request to Vacate CMC 060508.doc

4. On May 21, 2008, plaintiffs filed a Supplemental Declaration of Wayne E. McBride re plaintiffs' Motion for Default Judgment, confirming that the check in the amount of $4,000.00 submitted by Surety Company of the Pacific on or about March 11, 2008 had cleared the bank and had been credited to defendants' account. An Amended [Proposed] Judgment was also filed on May 21, 2008, reflecting this credit to defendants' account.

5. Due to the status of the action, there are no issues to be discussed at a Case Management Conference.

6. Plaintiffs therefore respectfully request that the Case Management Conference, currently scheduled for June 13, 2008, be vacated, and that Judgment be entered in favor of plaintiffs and against defendants Golden Hills Contractors, Inc. and its principal, Donald Wilson.

I declare under penalty of perjury that I am the attorney for the plaintiffs in the above entitled action, and that the foregoing is true of my own knowledge.

Dated: June 5, 2008        SALTZMAN & JOHNSON
                           LAW CORPORATION


                           By: _____/s/_____
                               Michele R. Stafford
                               Attorneys for Plaintiffs


IT IS SO ORDERED.

Based on the foregoing, and GOOD CAUSE APPEARING, the currently set Case Management Conference is hereby vacated. IT IS SO ORDERED.

Date: __June 9, 2008_____        _____
                                      UNITED STATES DISTRICT COURT JUDGE

-2-
**REQUEST TO VACATE CASE MANAGEMENT CONFERENCE**
**Case No.: C06-7779 JSW**

P:\CLIENTS\OE3CL\Golden Hills\Pleadings\C06-7779 JSW Request to Vacate CMC 060508.doc