IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIL CROSTHWAITE, et al., | |
| Plaintiffs, | No. C 06-07779 JSW |
| v. | |
| GOLDEN HILLS CONTRACTORS, et al., | **JUDGMENT** |
| Defendants. | |

Pursuant to this Court's Order adopting Magistrate Judge James' Report and Recommendation re: Plaintiffs' motion for default judgment against DefendantsGolden Hills Contractors, Inc. and Donald Edward Wilson, judgment is HEREBY ENTERED in favor of Plaintiffs and against Defendants in the amount of $28,004.11, consisting of $1,218.14 in unpaid employer contributions; $6,831.19 in liquidated damages; $15,285.00 for attorneys' fees and costs. Said money judgment thereafter shall bear 12 percent per annum rate of interest on the combined May 2006 and Jun 2006 balance, and liquidated damages on the total contributions due for those months ($8,049.33), from March 11, 2008 to the date of the satisfaction of Judgment, and post-judgment interest on the balance of the unpaid judgment.

In addition, Plaintiffs' request for an injunction is GRANTS.  Defendants shall submit to an audit of its records for the period October 1, 2003 to date of inspection, by scheduling with ten days of the date of this Order, and keeping an appointment with Plaintiffs' auditor, and by

providing the necessary documents and allowing the auditor access to them on or before the scheduled date.

**IT IS SO ORDERED.**

Dated: September 17, 2008

JEFFREY S. WHITE  
UNITED STATES DISTRICT JUDGE

2